FILED
AUG 31 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.

Nyryl Jones

*Defendant(s)*

Case No. 5:26-mj-2251-RN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 27, 2026 in the county of Wayne in the Eastern District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §1951 (a) - Interference with Commerce by Threats or Violence | |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Nicholas Spencer

■ Continued on the attached sheet.

*Complainant's signature*

Nicholas Spencer, Special Agent, ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 over the telephone.

Date: August 31, 2026

*Judge's signature*

City and state: Raleigh, NC

Robert T. Numbers II, United States Magistrate Judge

*Printed name and title*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Nicholas Spencer, being first duly sworn, hereby depose and state as follows:

1. This affidavit is submitted in support of the Criminal Complaint filed against Nyryl JONES. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that JONES violated Title 18, United States Code, Section 1951(a) (interference with commerce by threats or violence (Hobbs Act)) by committing a gunpoint robbery of the Funhouse Café in Mount Olive, North Carolina on or about April 27, 2026.

2. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since 2020. I am a graduate of the ATF National Academy at the Federal Law Enforcement Training Center in Glynco, Georgia, U.S Customs and Border Protection Basic Training Program and the Drug Enforcement Administration Special Agent Basic Training Program in Quantico, Virginia. These duties included training in the investigative techniques of criminal violations of the Gun Control Act (18 U.S.C. § 44) and the Controlled Substances Act. I have also been involved in the investigation of several criminal gangs. These investigations have

included search warrants, physical and electronic surveillance, undercover purchases of evidence, Title III Interceptions, federal investigative grand juries, interviews of suspects and witnesses, confidential informant management, cellular phone analysis, call record analysis, social media exploitation, financial record analysis, and arrests of several firearms violators, narcotics traffickers, and gang members.

4. The information contained in this affidavit is based on my personal knowledge or that of other law enforcement investigators who have had dealings with Nyryl JONES. Since this affidavit is being submitted for the purpose of establishing probable cause for the issuance of an arrest warrant, I have not included each and every fact known to me or other officers concerning this investigation, and have set forth only those facts I believe are necessary for said purpose.

## PROBABLE CAUSE

1. On April 27, 2026, the Funhouse Café, located at 302 W NC 55, Mount Olive, North Carolina was robbed at gunpoint by at least three individuals. During a review of the surveillance footage from the surrounding businesses, Nyryl JONES is seen hiding next to a Cricket Mobile with two other individuals. JONES approaches the Funhouse Café and is seen speaking with the security guard, later identified as Arian Jackson, when two other unknown individuals present firearms, force their way into the business at gunpoint, and remove the firearm from Jackson. JONES is seen taking possession of the firearm stolen from Jackson, and placing him on the ground at gunpoint.



2. JONES, along with two individuals later identified as MC and KS, proceeded within the business and stole approximately $15,000 in cash, before fleeing on foot.

3. Prior to the Funhouse Café robbery, two individuals identified as SB and KW entered for several minutes, used the restroom, and received a drink. During their time within the Funhouse Café, SB is seen making a phone call and sending text messages utilizing a cellular device. KW and SB exited the building in a silver Chevrolet Impala approximately one minute before the robbery took place.

4. On May 1, 2026, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Nicholas Spencer received a copy of two phone calls by Cornellius Jones (the father of Nyryl JONES and hereafter referred to as CORNELLIUS) who is currently incarcerated at the Lumberton Correctional Institution (LCI). One of the calls reviewed by SA Spencer was from a phone

number identified as 252-327-4925. This phone is confirmed to belong to Nyryl JONES through law enforcement databases.

5. During the call, CORNELLIUS tells JONES "I heard you hit a lick". Based on his training and experience, SA Spencer knows this phrase to be slang for having committed a robbery. JONES confirms and explains that he and an individual JONES identifies as "Lil Maury" hit the "game room". CORNELLIUS then asks "how much did you get off them?" to which JONES replies "15…the lady said there was 50 in the drawer, but I got the 15 and ran out". JONES identifies an individual named "Reckless", later identified as KW, who orchestrated the robbery and stated that KW was compensated with "5".

6. CORNELLIUS and JONES then discuss JONES carrying a firearm to protect himself after the robbery. JONES states that he has a Smith and Wesson, and Jones suggests finding an individual to straw purchase a firearm. JONES confirms that he is planning on using a straw purchaser to go into an FFL to purchase two Glocks for him. Later, CORNELLIUS and JONES are discussing additional locations that could be targeted. CORNELLIUS suggests a location in Mount Olive, North Carolina where a female named "Destiny" works. JONES states "that's the one we hit…its called fun something".

<u>Interview of Arian Jackson</u>

7. On May 14, 2026, SA Spencer and Mount Olive Police Department Detective Stephanie Strayhorn conducted a consensual, non-custodial interview of Arian

Jackson, the security guard working at the Funhouse Café during the robbery by JONES.

8. Jackson confirmed that he was working at the Funhouse Café during the armed robbery, and that in the course of his duties, he carried a black Ruger pistol with a fully loaded magazine. Jackson advised SA Spencer that while he was being held at gunpoint, one of the individuals threatened to kill him, and forced him to move about the building under the threat of force.

9. Jackson is a prior convicted felon and prohibited from carrying firearms. Jackson was not made any promises by investigators in exchange for his cooperation.

<u>Arrest of Nyryl JONES</u>

10. On May 19, 2026, the Goldsboro Police Department, Mount Olive Police Department, the North Carolina State Bureau of Investigation, and the ATF executed a state arrest warrant for Nyryl JONES for violations of N.C. Gen. Stat. § 14-87.

11. Investigators knew JONES to have stayed at 700 South Taylor Street, Goldsboro, North Carolina with family members and established surveillance in the vicinity prior to the execution of the arrest warrant. At approximately 1550 hours, surveillance witnessed an individual matching JONES description exit the front door of the residence to accept a package from a food delivery service and return within the residence.

12. At approximately 1613 hours, GPD surrounded the residence, announced their presence, and instructed everyone inside to exit. JONES was seen leaving the residence and was taken into custody at that time. During his arrest, JONES was in possession of a black iPhone SE that was also taken into custody.

13. An individual identified as "Mare" was also present at the residence and identified himself as KS. KS stated that he was a minor and that his parents were not present. While speaking to other investigators, SA Spencer verbalized the name "Lil Mare" several times, to which KS would reply by looking in his direction.

Recorded Custodial Interview of Nyryl JONES

14. On May 19, 2026, ATF SA Spencer and MOPD Detective Strayhorn conducted a recorded custodial interview of JONES after the execution of his state arrest warrant. JONES was interviewed at the Goldsboro Police Department interview room. SA Spencer advised JONES of his Miranda rights verbally. JONES voluntarily waived his rights and, in response to questioning, advised SA Spencer and Det. Strayhorn that a female picked him up from his grandmother's house in Goldsboro, North Carolina with an individual unknown to him wearing a Mount Olive hoodie. *This individual would be identified as MC.* JONES advised that he "sent my people the address" so the female could pick him up. JONES advised that he was dropped off on the side of the highway behind the Funhouse Café.

15. JONES stated that there was an individual going into the store prior to the robbery to give them details about how many people were inside the Funhouse Café. JONES stated that after surveilling the location, this individual placed a phone call to the female driving to advise them on how many people were inside. JONES stated that he and KS were supposed to hold the security guard at gunpoint while MC would steal the money.

16. JONES confirmed that they stole $15,000 out of the Funhouse Café, and that he and KS received $2,500 each for their involvement. JONES stated that when they returned to the getaway vehicle, they gave the money to the female driving who later split up the money and gave them their cut.

17. JONES lied about the origins of the firearms used during the armed robbery, and stated they were provided to them from within the getaway vehicles. *Investigators would later discover photographs of the AK-style rifle used during the robbery within text message conversations on JONES cellular device.* JONES advised that he gave the pistol stolen from the security guard to the female driving the getaway vehicle. JONES was able to describe the firearm as a small black gun, but did not know if there was a round in the chamber.

18. At the end of the interview, JONES provided verbal and written consent to search the contents of his cellular device. Due to JONES being in custody and unable to revoke consent, a search warrant was obtained prior to his device being searched by law enforcement.

<u>Review of JONES Cellular Device</u>

19. On May 26, 2026, ATF SA Spencer reviewed JONES text message conversations which yielded content discussing the planning of the armed robbery of the Funhouse Café in Mount Olive, North Carolina with SB, KW, and KS. Additionally, JONES is seen sending photographs of a Micro Draco style firearm with distinct white tape around the grip of the firearm on April 26, 2026.

20. During the armed robbery of the Funhouse Café on April 27, 2026, KS was seen possessing a Micro Draco Style firearm with white tape on the grip.






Interstate Nexus Determination

21. In May 2026, SA Spencer and Det. Strayhorn spoke with the owner of the Funhouse Café, who stated that the machines within his business are purchased from an international wholesaler, imported to the United States, and shipped to his business in Mount Olive, North Carolina. Additionally, he stated that the machines require an internet connection to operate, and that he pays Spectrum Internet monthly to provide his customers with internet

access to the machines, along with musical entertainment while they are within his premises.

22. Spectrum Internet is provided by Charter Communications. Charter Communications is a telecommunication company headquartered in Stamford, Connecticut.

## CONCLUSION

23. Based upon the foregoing information, your affiant believes probable cause exists that Nyryl JONES committed a violation of Title 18 of the United States Code Section 1951(a) (interference with commerce by threats or violence (Hobbs Act)) by committing a gunpoint robbery of the Funhouse Café in Mount Olive, North Carolina on or about April 27, 2026.

Respectfully submitted,

Nicholas Spencer, Special Agent, ATF

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: August 31, 2026

Robert T. Numbers, II
United States Magistrate Judge